# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| LYNETTE MARIE HUGHES, | ) |
| --- | --- |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-17-112-F |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation on March 5, 2018, recommending that defendant commissioner's final decision denying plaintiff's applications for disability insurance and supplemental security income benefits under Title II and Title XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 423, 1382, be affirmed. Magistrate Judge Purcell advised the parties of their right to file an objection to the Report and Recommendation by March 26, 2018 and further advised that failure to timely object to the Report and Recommendation would waive appellate review of the recommended ruling.

To date, no party has objected to the Report and Recommendation and no party has requested an extension of time to object. With no objection filed within the time prescribed by Magistrate Judge Purcell, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (doc. no. 26) issued by United States Magistrate Judge Gary M. Purcell is **ACCEPTED**, **ADOPTED** and

**AFFIRMED**.  The final decision of defendant, Nancy A. Berryhill, Acting Commissioner of Social Security Administration, denying the applications of plaintiff, Lynette Marie Hughes, for disability insurance and supplemental security income benefits under Title II and Title XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 423, 1382, is **AFFIRMED**.  Judgment shall issue forthwith.

IT IS SO ORDERED this 28th day of March, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0112p001.docx